PD-0463-15

Kirt Allen Esthay
TDCS no. 1919078
3060 FM. 3514
Beaumont TX 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

Clerk of the Court
of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Trial no. DAS-13-01849
COA no. 03-14-00313-CR
PD-0463-15

FILED IN
COURT OF CRIMINAL APPEALS
OCT 09 2015
Abel Acosta, Clerk

Dear Clerk

This will be my third time to write about you and or putting second brief which was ment for the court of criminal appeal to have on hand not to have added to My Petition for discretionary review. Please unfile anything that my have filed to amend or to supplement. IF I would have want anything amended or supplemented I would have put in a motion asking the court just that.

Please do not add to my Petition for discretionary review, filed 7/21/2015: whatever you put in to supplement Appellants Pro se Petition. Dated 8/14/15
Please, Please, un-file whatever you did, I do not want my Pro se Petition added to.

Respectfully
Kirt Allen Esthay
Kirt Allen Esthay
Dated: 9/25/15

P.S. Please see that
This Motion for Order
Get filed: THANK you..